**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Wirayaphan Mollette,

Plaintiff(s),

v.

Albertsons's LLC,

Defendant(s).

Case No. 2:25-cv-01730-APG-NJK

**Order**

In light of the notice of settlement, Docket No. 19, the Court **VACATES** the settlement conference. Dismissal papers must be filed by October 26, 2026.

IT IS SO ORDERED.

Dated: September 1, 2026



Nancy J. Koppe
United States Magistrate Judge