**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

WIRAYAPHAN MOLLETTE,

Plaintiff,

vs.

ALBERTSON'S LLC, a foreign limited liability company; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,

Defendants.

CASE NO.: 2:25-cv-01730-APG-NJK

**STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSON'S LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC, and Plaintiff, WIRAYAPHAN MOLLETTE, by and through ALISON M. BRASIER, ESQ., and NICOLE C. BOLICK, ESQ., of HICKS & BRASIER, PLLC as follows:

/ / /

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964



That Defendant, ALBERTSON'S LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

IT IS FURTHER STIPULATED AND AGREED TO vacate the following dates from Court's calendar:

1. Jury Trial – May 3, 2027 at 8:30 a.m.; and
2. Calendar Call – April 27, 2027 at 9:00 a.m.

DATED this 26th day of August, 2026.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

DATED this 24 day of September, 2026.

**HICKS & BRASIER, PLLC**

Nicole Bolick

**ALISON M. BRASIER, ESQ.**
Nevada Bar No. 10522
**NICOLE C. BOLICK, ESQ.**
Nevada Bar No. 15015
2630 South Jones Boulevard
Las Vegas, Nevada 89146
*Attorneys for Plaintiff,*
*WIRAYAPHAN MOLLETTE*

**IT IS SO ORDERED** that Defendant, ALBERTSON'S LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that the Court shall vacate the following dates/times from its calendar:

| | | |
|---|---|---|
| **Jury Trial** | May 3, 2027 | 8:30 a.m. |
| **Calendar Call** | April 27, 2027 | 9:00 a.m. |

DATED this 19th day of October, 2026.

**DISTRICT COURT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964